# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 | stevezissou@stevezissouesq.com

December 23, 2019

**BY ECF**

The Honorable Judge Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Parthibian Narayanasamy
     Criminal Docket No. 19 mj 793
     **Unopposed Travel Request**

Dear Judge Kuo:

  I write to request that the terms and conditions of release be modified permitting my client, Parthibian Narayanasamy, to travel to the State of New Jersey on Christmas Day.  Mr. Narayanasamy and his family are planning on spending Christmas day with friends who reside in Flanders, New Jersey.

  Supervising pretrial services officer, Robert Long, is aware of Mr. Narayanasamy's request and has no objection.  The attorney for the government, Nicholas Moscow, also does not object.

  For these reasons, I respectfully request that the terms and conditions of release be modified permitting Mr. Narayanasamy to travel to the State of New Jersey on December 25, 2019.

  Thank you very much for your consideration in this matter.

Respectfully submitted,

/S/
Steve Zissou, Esq.

cc: Nicholas.Moscow@usdoj.gov
 Temidayo.Aganga-Williams@usdoj.gov
 robert_long_iii@nyept.uscourts.gov